No. 1081, Misc.   STEBBINS *v.* UNITED STATES.   Motion to use other records denied.   Petition for writ of certiorari to the United States Court of Claims denied.   Petitioner *pro se.   Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for the United States.

No. 1128, Misc.   FORD *v.* CALIFORNIA.   Petition for writ of certiorari to the Supreme Court of California and for other relief denied.

No. 209.   STONER *v.* CALIFORNIA, 376 U. S. 483;
No. 223.   RUGENDORF *v.* UNITED STATES, 376 U. S. 528;
No. 767.   IN RE CROW, 376 U. S. 647;
No. 821.   KLINE *v.* MINNESOTA, 376 U. S. 962;
No. 847.   BOYAJIAN, DOING BUSINESS AS PRECISION TESTING LABORATORIES, *v.* OLD COLONY ENVELOPE CO., INC., ET AL., 376 U. S. 969;
No. 865.   BROWN ET AL. *v.* UNAUTHORIZED PRACTICE OF LAW COMMITTEE OF CUYAHOGA COUNTY, OHIO, 376 U. S. 970;
No. 886.   HUGHES *v.* UNITED STATES, *ante*, p. 907;
No. 905.   ANTHONY *v.* COUNTY OF LOS ANGELES, 376 U. S. 963; and
No. 932, Misc.   WALKER *v.* PATE, WARDEN, 376 U. S. 972.   Petitions for rehearing denied.

No. 848.   MICHALSKY *v.* CITY OF NEW YORK, 376 U. S. 971.   Motion to dispense with printing petition granted. Petition for rehearing denied.

No. 800.   SUBURBAN TELEPHONE CO. *v.* MOUNTAIN STATES TELEPHONE & TELEGRAPH CO. ET AL., 376 U. S. 648.   Petition for rehearing denied.   MR. JUSTICE BLACK took no part in the consideration or decision of this petition.